

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-23-00383-CR

**CORY MICHAEL GANN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 249th District Court
Johnson County, Texas
Trial Court No. DC-F202100584**

## MEMORANDUM OPINION

Appellant, Cory Michael Gann, appealed from his convictions for intoxication assault with a deadly weapon and evading arrest with a deadly weapon. *See* PEN. CODE ANN. §§ 38.04, 49.07. On January 16, 2024, Appellant's counsel filed a motion to dismiss the appeal that was signed by both Appellant and his counsel. *See* TEX. R. APP. P. 42.2(a).

Appellant's motion to dismiss is granted and this appeal is hereby dismissed. *Id.*

STEVE SMITH

Before Chief Justice Gray
     Justice Johnson, and
     Justice Smith
Dismissed
Opinion issued and filed February 1, 2024
Do not publish
[CR25]

